IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK F. BEDFORD,

    Petitioner,

v.                                     CASE NO.  4:03cv291-RH/WCS

JAMES V. CROSBY,

    Respondent.

_____/

**ORDER DENYING § 2254 PETITION**

This matter is before the court on the magistrate judge's report and recommendation (document 25), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 96-1373, for armed robbery with a weapon, aggravated assault with a deadly weapon, and resisting an officer with

violence is DENIED with prejudice." The clerk shall close the file.

    SO ORDERED this 25th day of July, 2005.

                                                      <u>s/Robert L. Hinkle</u>
                                                     Chief United States District Judge